UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Reynaldo Cruz & Marie Madeline Reyes

Debtor(s)

Case No: 97-60146 JRG

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Chevy Chase Bank, in the amount of $1,739.69 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Bank One, NA C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,739.69, to:

> Bank One, NA
> C/o Dilks & Knopik, LLC
> PO Box 502
> Redmond, WA 98073-0502.

Dated: Nov 18, 2003

United States Bankruptcy Judge